IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES J. KRISPIN,

    Plaintiff,

v.

MIKE THURMER, THERESA MURPHY,
MICHAEL MEISNER, AMY SMITH,
RICK RAEMISCH and TOM GOZINSKE,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-129-bbc

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants dismissing this case.

_Peter Oppeneer_              6/2/10
Peter Oppeneer, Clerk of Court         Date