IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JAMES J. KRISPIN,

                Plaintiff,                              ORDER

        v.                                            09-cv-129-bbc

MIKE THURMER, THERESA MURPHY,
MICHAEL MEISNER, AMY SMITH, RICK
RAEMISCH and TOM GOZINSKE,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Judgment was entered in this case on June 2, 2010 in favor of defendants, dismissing this case.  On July 1, 2010, plaintiff filed a notice of appeal that I construed as a request to proceed in forma pauperis on appeal.  I could not determine the amount of his initial partial payment of his filing fee for his appeal because he had not submitted a trust fund statement. Therefore, on July 8, 2010, I issued an order giving plaintiff until July 27, 2010, in which to submit a certified copy of his trust fund account statement for the six-month period from approximately January 1, 2010 to approximately July 1, 2010.  Because plaintiff has failed

1

to submit the required trust account statement or show cause for his failure to do so, I will deny his request for leave to proceed in forma pauperis on the ground that he has failed to show that he is entitled to indigent status on appeal.

ORDER

IT IS ORDERED that plaintiff James J. Krispin's request to proceed in forma pauperis on appeal, dkt. #59, is DENIED.

Entered this 26th day of August, 2010.

                                        BY THE COURT:
                                        /s/
                                        BARBARA B. CRABB
                                        District Judge